IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL SCOTT SMITH,

    Petitioner,

v.                                          5:13cv301-WS/CJK

JULIE L. JONES,

    Respondent.

## ORDER DENYING PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed October 6, 2015. See Doc. 25. The magistrate judge recommends that Michael Scott Smith's amended petition for writ of habeas corpus be DENIED. Smith has filed objections (doc. 26) to the magistrate judge's report and recommendation.

Upon review of the record in light of Smith's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 25) is adopted and incorporated by reference in this order of the court.

2. Smith's amended petition for writ of habeas corpus (doc. 4) is DENIED.

3. The clerk shall enter judgment stating: "Michael Scott Smith's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___23rd___ day of ___November___, 2015.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE